# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

IN RE:                                                     CASE NO. 18-21754-beh

Kenny Richmond                          CHAPTER 13

Debtor.                                             JUDGE Beth E. Hanan

_____/

## WITHDRAWAL OF SUPPLEMENTAL PROOF OF CLAIM (Claim 5-1)

**PLEASE TAKE NOTICE THAT,** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D ("Creditor"), by and through their undersigned counsel, hereby withdraws their Supplemental Proof of Claim (claim 5-1).

                                                       Respectfully submitted,

                                                       /s/ Jon Lieberman
                                                       Jon Lieberman (OH 0058394)
                                                       Attorney for Secured Creditor
                                                       Sottile & Barile, Attorneys at Law
                                                       394 Wards Corner Road, Suite 180
                                                       Loveland, OH 45140
                                                       Phone: 513.444.4100
                                                       bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that on February 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Kenny Richmond, Debtor
7234 W. Grantosa Dr.
Milwaukee, WI 53218

Michael Rud, Debtor's Counsel
nancyl@esserlaw.com

Steven E. Berg, Debtor's Counsel
courtemail@esserlaw.com

Todd C. Esser, Debtor's Counsel
courtemail@esserlaw.com

Rebecca R. Garcia, Chapter 13 Trustee
filings@ch13oshkosh.com

Office of the U.S. Trustee
ustpregion11.mi.ecf@usdoj.gov

 

Respectfully submitted,

/s/ Jon Lieberman
Jon Lieberman (OH 0058394)
Attorney for Secured Creditor
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com